IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 07-cv-00482-WDM-CBS

MASIA ALNAKIB,
HAJAR ALNAKIB,
KHALED BENYAHIA, and
MAHMOUD OMAIR,

      Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, and
MARIO ORTIZ,

      Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      It is hereby **ORDERED** that the Stipulated Motion to Vacate Scheduling Conference and Set Briefing Schedule is **GRANTED**.  However, the Court would like to meet with parties at the time originally set for a scheduling conference.  Accordingly, it is hereby

      **ORDERED** that the scheduling conference set for **May 10, 2007, at 9:15 a.m. (Mountain Time)** is **CONVERTED** into a status conference in Courtroom A-402, Fourth Floor, of the Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.

      Parties are **not** required to submit their individual confidential settlement statement(s) and a proposed scheduling order in accordance with the Court's Order dated March 21, 2007.

**DATED:**    May 8, 2007