IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00482-WDM-CBS

MASIA ALNAKIB, et al.,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

    Defendants.

---

**NOTICE OF DISMISSAL OF CERTAIN CLAIMS ONLY**

---

    The court takes judicial notice that plaintiffs Masia Alnakib and Hajar Alnakib and the government have filed a Stipulation for Dismissal With Prejudice in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the claims of these plaintiffs only are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

    DATED at Denver, Colorado, on August 20, 2007.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States District Judge

PDF FINAL