IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00482-WDM-CBS

KHALED BENYAHIA AND
MAHMOUD OMAIR,

      Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, et al.,

      Defendants.

---

## NOTICE OF DISMISSAL OF BENYAHIA'S CLAIMS ONLY

---

The court takes judicial notice that the parties have filed a Stipulated Motion to Dismiss all Claims by Plaintiff Khaled Benyahia and to Hold Case in Abeyance until October 20, 2007 in accordance with Fed. R. Civ. P. 41(a)(1). Accordingly, the claims of Khaled Benyahia are dismissed with prejudice, each party to pay his or its own costs and attorneys' fees.

It is further ordered that the motion to hold case in abeyance is denied without

prejudice.

DATED at Denver, Colorado, on August 30, 2007.

BY THE COURT:


s/ Walker D. Miller
United States District Judge