IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00482-WDM-CBS

MAHMOUD OMAIR,

    Plaintiffs,

v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
MARIO ORTIZ, DISTRICT DIRECTOR, U.S. DEPARTMENT OF
HOMELAND SECURITY, and
FEDERAL BUREAU OF INVESTIGATIONS,

    Defendants.

---

ORDER RE: PLAINTIFF'S UNOPPOSED MOTION FOR VOLUNTARY
DISMISSAL OF ALL REMAINING CLAIMS

---

This Court having considered Plaintiff's Unopposed Motion for Voluntary Dismissal of All Remaining Claims, and being fully advised in the premises, hereby:

GRANTS, Plaintiff's motion and this matter is dismissed without prejudice, with each party to pay its own attorney's fees.

DATED at Denver, Colorado, on December 5, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge